IMX, INC., Plaintiff/Counterclaim
Defendant–Cross Appellant,

v.

E–LOAN, INC.,
Defendant/Counterclaimant,

and

Lendingtree, LLC,
Defendant/Counterclaimant–Appellant,

and

Lendingtree, Inc., Counterclaimant.

Nos. 2007–1175, 2007–1179.

United States Court of Appeals,
Federal Circuit.

Aug. 20, 2008.

John Allcock, Stanley J. Panikowski, DLA Piper U.S. LLP, San Diego, CA, M. Elizabeth Day, William G. Goldman, DLA Piper U.S. LLP, East Palo Alto, CA, for Plaintiff/Counterclaim Defendant–Cross Appellant.

Kathleen M. Sullivan, Quinn Emanuel Urquhart Oliver, New York, NY, Daniel H. Bromberg, Tun–Jen Chiang, Quinn Emanuel Urquhart Oliver, Redwood Shores, CA, for Defendant/Counterclaimant–Appellant.

## ORDER

The parties having so agreed, it is

200

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).